IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC TAYLOR, individually and on behalf of all similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LIVING SERVICES, INC., QLS GARDENS FACILITY, INC., QLS GARDENS, INC., QLS HAVEN LTD., QLS VILLAS, INC., QLS ACRES, INC. d/b/a QLS Meadows, and IRENE RICHARDSON, <br><br> Defendants. | Case No. 1:14-cv-01156-AT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cedric Taylor and Defendants Quality Living Services, Inc., QLS Gardens Facility, Inc., QLS Gardens, Inc., QLS Haven Ltd., QLS Villas, Inc., QLS Acres, Inc. d/b/a QLS Meadows, and Irene Richardson, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of the above-captioned action. Except as otherwise set out in the parties' Settlement Agreement and General Release, each party shall bear his or its own attorneys' fees and costs.

Respectfully submitted this 6th day of November, 2014.

| | |
|---|---|
| */s/ W. Christopher Arbery*<br>(by Natasha L. Wilson with express permission)<br>W. Christopher Arbery<br>Georgia Bar No. 021010<br>Email: carbery@hagllp.com<br><br>HALL, ARBERY, GILLIGAN, ROBERTS & SHANLEVER LLP<br>3340 Peachtree Road, NE<br>Suite 1900<br>Telephone: (404) 442-8778<br>Facsimile: (404) 537-5555<br><br>Attorney for Plaintiff *Cedric Taylor* | */s/ Natasha L. Wilson*<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road, NE<br>Suite 2500<br>Atlanta, Georgia 30305<br><br>Natasha L. Wilson<br>Georgia Bar No. 371233<br>Tel. (678) 553-2182<br>Fax. (678) 553-2183<br>WilsonN@gtlaw.com<br><br>Keshia M. Tiemann<br>Georgia Bar No. 751051<br>Tel. (678) 553-2153<br>Fax. (678) 553-2154<br>TiemannK@gtlaw.com<br><br>Attorneys for Defendants<br>*Quality Living Services, Inc., Quality Gardens Facility, Inc., QLS Gardens, Inc., QLS Haven Ltd., QLS Villas, Inc., QLS Acres, Inc. d/b/a QLS Meadows, and Irene Richardson* |

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B**

The undersigned hereby certifies that the foregoing has been prepared using Century Schoolbook 13 point font in compliance with LR 5.1(C).

> */s/ Natasha L. Wilson*
> Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC TAYLOR, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LIVING SERVICES, INC., QLS GARDENS FACILITY, INC., QLS GARDENS, INC., QLS HAVEN LTD., QLS VILLAS, INC., QLS ACRES, INC. d/b/a QLS Meadows, and IRENE RICHARDSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-01156-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that on this date, I have filed a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, and served a copy of same on counsel of record identified via Notices of Electronic Filing generated by CM/ECF:

W. Christopher Arbery
Hall, Arbery, Gilligan, Roberts & Shanlever LLP
3340 Peachtree Road, NE, Suite 1900
Atlanta, Georgia 30326

This 6th day of November, 2014.

                                                  */s/ Natasha L. Wilson*
                                                *Counsel for Defendants*